IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | NO. 07 C 6887 |
| | ) | |
| LANDS OF DISTINCTION, LLC, an | ) | JUDGE MILTON I. SHADUR |
| Illinois limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND**
**FOR AN ORDER DIRECTING AN AUDIT**

NOW COME Plaintiffs, by their attorneys, and move for entry of default and for an order directing an audit of the payroll books and records of LANDS OF DISTINCTION, LLC, an Illinois limited liability company, Defendant herein, said Defendant having failed to answer or otherwise plead to the Complaint and an audit being necessary to liquidate Plaintiffs' claims.

On January 5, 2008, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on January 25, 2008. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default.

/s/   Cecilia M. Scanlon

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and for an Order Directing an Audit) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 6th day of February 2008:

                Mr. Ronald J. Carr, Registered Agent
                Lands of Distinction, LLC
                307 Ramona Avenue
                Elgin, IL   60120

                Mr. Ronald J. Carr, Registered Agent
                Lands of Distinction, LLC
                850 Hampton Court
                West Chicago, IL   60185

                                      /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Lands of Distinction\motion for default and audit.cms.df.wpd