# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

**07 C 6887**

WILLIAM E. DUGAN, et al.

V.

LANDS OF DISTINCTION, LLC, an
Illinois limited liability company

Docket Number: _____

Assigned Judge: ~~JUDGE SHADUR~~

Designated Magistrate Judge: MAGISTRATE JUDGE DENLOW

TO:  Lands of Distinction, LLC
c/o Ronald J. Carr, Registered Agent
307 Ramona Avenue
Elgin, IL  60120

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS:

Catherine M. Chapman
Beverly P. Alfon
Cecilia M. Scanlon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(by) Deputy Clerk                             Date

**Michael W. Dobbins, Clerk**

*Anya Ellis*

(By) DEPUTY CLERK

December 6, 2007
Date

State of Illinois

General No.: 07C6887

County of USDC CHICAGO

### AFFIDAVIT OF SERVICE

LEROY KARCZEWSKI deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 1/5/2008 at 9:40:00 AM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with Lands of Distinction, LLC c/o Ronald J. Carr as shown below:

Served the wihin named Lands of Distinction, LLC c/o Ronald J. Carr by delivering a true and correct copy of the SUMMONS and COMPLAINT , to Ronald J. Carr a person authorized to accept service of process as agent.

Said service was effected at 850 Hampton Ct., West Chicago, IL  60185

Description of Person Served Sex:   Height:   Weight:   Race:   Age:

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

1-8-08
Dated

Leroy Karczewski
117-000192