IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | NO. 07 C 6887 |
| | ) | |
| LANDS OF DISTINCTION, LLC, an | ) | JUDGE MILTON I. SHADUR |
| Illinois limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  Mr. Ronald J. Carr, Registered Agent      Mr. Ronald J. Carr, Registered Agent
        Lands of Distinction, LLC                 Lands of Distinction, LLC
        307 Ramona Avenue                      850 Hampton Court
        Elgin, IL  60120                          West Chicago, IL  60185

YOU ARE HEREBY NOTIFIED that on **Wednesday**, the **13th** day of **February 2008** at **9:15 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Milton I. Shadur, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2303, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and for an Order Directing an Audit.  A copy of said motion is hereby served upon you.

/s/   Cecilia M. Scanlon

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 6th day of February 2008:

Mr. Ronald J. Carr, Registered Agent
Lands of Distinction, LLC
307 Ramona Avenue
Elgin, IL   60120

Mr. Ronald J. Carr, Registered Agent
Lands of Distinction, LLC
850 Hampton Court
West Chicago, IL   60185

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Lands of Distinction\notice of motion.cms.df.wpd