Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6887 | DATE | 2/21/2008 |
| CASE TITLE | William E. Dugan vs. Lands of Distinction, LLC | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for entry of default and order directing an audit (10-1) is granted. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|