IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | NO. 07 C 6887 |
| | ) | |
| LANDS OF DISTINCTION, LLC, an | ) | JUDGE MILTON I. SHADUR |
| Illinois limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR AN ORDER DIRECTING DEFENDANT TO TURN
OVER MONTHLY FRINGE BENEFIT CONTRIBUTION REPORTS**

NOW COME Plaintiffs, by their attorneys, and move for entry of an order directing LANDS OF DISTINCTION, LLC, an Illinois limited liability company, Defendant herein, to turn over monthly fringe benefit contribution reports due for the months of July 2006 through the present, pursuant to the Agreements and Declarations of Trust to which Defendant is bound. On February 21, 2008, this Court granted Plaintiffs' motion for entry of default and for an order directing an audit of Defendant's payroll records for the time period April 1, 2006 forward. Plaintiffs requested that the Defendant submit its fringe benefit contribution reports, but the Defendant has failed to turn over these reports (Exhibit A, May 13, 2008 letter to Ronald J. Carr attached).

/s/ Cecilia M. Scanlon

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 9th day of June 2008:

                Mr. Ronald J. Carr, Registered Agent
                Lands of Distinction, LLC
                850 Hampton Court
                West Chicago, IL  60185


                /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Lands of Distinction\motion-reports.cms.df.wpd