**BAUM SIGMAN AUERBACH & NEUMAN, LTD.**
Attorneys and Counsellors

200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
312.236.4316
Fax 312.236.0241

**Cecilia M. Scanlon**

E-mail Address:
cscanlon@baumsigman.com

May 13, 2008

<u>Via e-mail: RonCarr@cmsn.com</u>
Mr. Ronald J. Carr
Lands of Distinction, LLC
850 Hampton Court
West Chicago, IL 60185

      Re:    William E. Dugan, *et al.* v. Lands of Distinction, LLC
             Civil Action No. 07 C 6887
             Our File No. 20619

Dear Mr. Carr:

As you may recall, I am one of the attorneys for the Midwest Operating Engineers Fringe Benefit Funds.

I am advised that the Fund Office has not received the following reports from your company:

- April 2007 through the present - "2100" Series Illinois Indiana Landscape Reports;
- July 2006, December 2006 through the present - "6502" Single Welfare Plantsman Reports;
- July 2006 - "6503" Family Welfare Plantsman Report;
- July 2006 through the present - "6504" Plantsman Pension Reports;
- July 2006 - "6519" 703 Plantsman Welfare Report;
- July 2006, March 2007 through the present - "6530" Planstman CRF Reports.

Please submit the above reports to the Fund Office within seven (7) days of the date of this letter. If I do not receive them within seven (7) days, I will request that the Court order you to do so.

If you have any questions regarding the above, please contact me.

                    Sincerely,

                    **BAUM SIGMAN AUERBACH & NEUMAN, LTD.**

                    Cecilia M. Scanlon

CMS/kp
cc:   David S. Bodley
      Ron Selby, Jr.
I:\MOEJ\Lands of Distinction\carr 05-13-08.cms.kp.wpd