IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | NO. 07 C 6887 |
| | ) | |
| LANDS OF DISTINCTION, LLC, an | ) | JUDGE MILTON I. SHADUR |
| Illinois limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Mr. Ronald J. Carr, Registered Agent
      Lands of Distinction, LLC
      850 Hampton Court
      West Chicago, IL   60185

YOU ARE HEREBY NOTIFIED that on **Monday**, the **16th** day of **June 2008** at **9:00 a.m.**,

or as soon thereafter as counsel can be heard, we shall appear before the Honorable Milton I. Shadur,

Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in

Courtroom 2303, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs'

Motion for an Order Directing Defendant to Turn Over Monthly Fringe Benefit Contribution

Reports.  A copy of said motion is hereby served upon you.


/s/   Cecilia M. Scanlon

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 9th day of June 2008:

> Mr. Ronald J. Carr, Registered Agent
> Lands of Distinction, LLC
> 850 Hampton Court
> West Chicago, IL   60185

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Lands of Distinction\notice of motion-reports.cms.df.wpd