IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | |
| v. ) | NO. 07 C 6887 |
| ) | |
| LANDS OF DISTINCTION, LLC, an ) | JUDGE MILTON I. SHADUR |
| Illinois limited liability company, ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT**

STATE OF ILLINOIS    )
                     ) SS.
COUNTY OF COOK       )

DAVID S. BODLEY, being first duly sworn upon his oath, deposes and states:

1. He is now, and has since the first day of May, 1999, been employed by the Trustees of the Midwest Operating Engineers Fringe Benefit Funds as administrative manager, and in such capacity, has personal knowledge of the matters hereinafter set forth and if called as a witness in the instant proceedings is competent to testify in respect thereto.

2. He has read the Complaint filed in this cause, and knows of his own personal knowledge the contents of the collective bargaining agreements and Agreements and Declarations of Trust and all facts alleged therein, and if called and sworn as a witness is competent to testify thereto.

3. He is charged with keeping and maintaining records of contributions received by the Plaintiff Funds, maintains individual records on each person, firm and corporation required to make contributions to said Plaintiff Funds, receives and records contribution reports made by such persons, firms or corporations, and has under his supervision and direction all books, records, documents and papers relating to such Plaintiff Funds.

4. That he has examined the account of Defendant, LANDS OF DISTINCTION, LLC, an Illinois limited liability company, in the above-entitled action, and states that said, Defendant:

    a. Is required to submit monthly contribution reports accompanied by payment of fringe benefit contributions, under the terms of a written agreement specifying and describing such obligation;

    b. Has failed to submit to Plaintiffs the monthly contribution reports and contributions required of it, or all of them, despite repeated notification from his office to said Defendant of such delinquency.

4. Because of the Defendant's failure to submit the required monthly contribution reports, as set forth below:

- April 2007 through the present - "2100" Series Illinois Indiana Landscape Reports;
- July 2006, December 2006 through the present - "6502" Single Welfare Plantsman Reports;
- July 2006 - "6503" Family Welfare Plantsman Report;
- July 2006 through the present - "6504" Plantsman Pension Reports;
- July 2006 - "6519" 703 Plantsman Welfare Report;
- July 2006, March 2007 through the present - "6530" Plantsman CRF Reports

Affiant is unable to determine the amounts, if any, that may be due and owing to Plaintiffs.

5. That he is duly authorized by Plaintiffs in the making of this Affidavit, has personal knowledge of the matters set forth above, and if called as a witness is competent to testify thereto.

2

6. That he makes this Affidavit in support of the application of Plaintiffs for entry of default and for an order requiring Defendant to turn over its required monthly fringe benefit contribution reports, as set forth below:

- April 2007 through the present - "2100" Series Illinois Indiana Landscape Reports;
- July 2006, December 2006 through the present - "6502" Single Welfare Plantsman Reports;
- July 2006 - "6503" Family Welfare Plantsman Report;
- July 2006 through the present - "6504" Plantsman Pension Reports;
- July 2006 - "6519" 703 Plantsman Welfare Report;
- July 2006, March 2007 through the present - "6530" Plantsman CRF Reports

and requests that this Court consider it as proof in support of the allegations contained in the Complaint and such other facts as herein set forth.

FURTHER AFFIANT SAYETH NOT.

_____
DAVID S. BODLEY

SUBSCRIBED AND SWORN
TO before me this  2nd
day of    June       , 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
NANCY AMABILE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/21/09

I:\MOEJ\Lands of Distinction\bodley affidavit-reports.cms.df.wpd

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Affidavit of David S. Bodley) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 9th day of June 2008:

>Mr. Ronald J. Carr, Registered Agent
>Lands of Distinction, LLC
>850 Hampton Court
>West Chicago, IL  60185


>/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Lands of Distinction\bodley affidavit-reports.cms.df.wpd