Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6887 | DATE | 6/16/2008 |
| CASE TITLE | William E. Dugan, et al vs. Lands of Distinction, LLC | | |

**DOCKET ENTRY TEXT**

Status hearing held. Status hearing continued to August 5, 2008 at 9:00 a.m. Plaintiff's motion for a turnover order is granted. (17-1) Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:5

| | | Courtroom Deputy Initials: | SN |
|---|---|---|---|

07C6887 William E. Dugan, et al vs. Lands of Distinction, LLC                                    Page 1 of 1