IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, et al., ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | |
| v. ) | NO. 07 C 6887 |
| ) | |
| LANDS OF DISTINCTION, LLC, an ) | JUDGE MILTON I. SHADUR |
| Illinois limited liability company, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter coming on to be heard upon the Motion of Plaintiffs, by their counsel, it appearing to the Court that the Defendant, LANDS OF DISTINCTION, LLC, an Illinois limited liability company, having been regularly served with process and having failed to appear, plead or otherwise defend, and default of said Defendant having been taken on February 21, 2008, the Court, first being fully advised in the premises and upon further evidence submitted herewith, FINDS:

1. It has jurisdiction of the subject matter herein and of the parties hereto.

2. The Defendant is bound by the terms of the collective bargaining agreement referred to in the Complaint of Plaintiffs.

3. The Defendant is obligated to make contributions to each of the Plaintiff Funds in accordance with collective bargaining agreement.

4. The Defendant is bound by all the terms and conditions set forth in the Agreements and Declarations of Trust governing the Plaintiff Funds.

5. Pursuant to such Agreements and Declarations of Trust, Defendant is required to submit monthly contribution reports to the Plaintiffs that indicate all employees of the Defendant covered by the collective bargaining agreement referred to in the Complaint, and the number of hours worked or paid for pursuant to the terms of the collective bargaining agreement referred to herein.

6. Defendant has failed to submit its monthly fringe benefit contribution reports as set forth below:

- April 2007 through the present - "2100" Series Illinois Indiana Landscape Reports;
- July 2006, December 2006 through the present - "6502" Single Welfare Plantsman Reports;
- July 2006 - "6503" Family Welfare Plantsman Report;
- July 2006 through the present - "6504" Plantsman Pension Reports;
- July 2006 - "6519" 703 Plantsman Welfare Report;
- July 2006, March 2007 through the present - "6530" Plantsman CRF Reports.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED:

A. That Defendant submit its monthly fringe benefit contribution reports, as set forth below:

- April 2007 through the present - "2100" Series Illinois Indiana Landscape Reports;
- July 2006, December 2006 through the present - "6502" Single Welfare Plantsman Reports;
- July 2006 - "6503" Family Welfare Plantsman Report;
- July 2006 through the present - "6504" Plantsman Pension Reports;
- July 2006 - "6519" 703 Plantsman Welfare Report;
- July 2006, March 2007 through the present - "6530" Plantsman CRF Reports

within fourteen (14) days of the entry of this Order, and that the Court enter judgment against Defendant after Plaintiffs determine the amount due from Defendant.

B.   The Court hereby retains jurisdiction of this cause and all of the parties hereto for the purpose of enforcing this Order and entering judgment against Defendant.

ENTER:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 16, 2008

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Lands of Distinction\order-reports.cms.df.wpd

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she caused a copy of the foregoing document (Order) to be served upon:

>Mr. Ronald J. Carr, Registered Agent
>Lands of Distinction, LLC
>850 Hampton Court
>West Chicago, IL 60185

by U.S. Mail on or before the hour of 5:00 p.m. this 9th day of June 2008.

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Lands of Distinction\order-reports.cms.df.wpd